AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES

v.

Vixay Phommarath

APPEARANCE

CASE NUMBER: 1:07MJ43A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

VIXAY PHOMMARATH

I certify that I am admitted to practice in this court.

April 27, 2007
*Date*

Robert B. Mann
*Signature*

ROBERT B. MANN 0153
*Print Name* *Bar Number*

ONE TURKS HD. PL STE 610
*Address*

PROV RI 02903
*City* *State* *Zip Code*

351-5770 521-4305
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.