# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

No. 2007-00043-LDA

UNITED STATES

v.

VIXAY PHOMMARATH

## ENTRY OF APPEARANCE

Now comes Attorney Steven D. DiLibero and hereby enters his appearance in the above entitled matter.

RESPECTFULLY SUBMITTED,

/s/ Steven D. DiLibero___________

Steven D. DiLibero, Esq. (#4678)
DiLibero & Coloian, LLP
130 Dorrance Street
Providence, RI 02903
(401) 621-9700 – phone
(401) 331-9503 – fax

## CERTIFICATION

I, the undersigned hereby certify that a copy of the within was sent by electronic communication to Assistant U.S. Attorney Peter Neronha, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on this 1st day of May 2007.

/s/ Steven D. DiLibero___________