AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

______ DISTRICT OF ______

UNITED STATES OF AMERICA
V.
Vixay Phommarath

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:07 MJ 43A

I, Vixay Phommarath, charged in a ☑ complaint ☐ petition pending in this District with Rhode Island in violation of Title 18, U.S.C., 1951, 21 USC 841(a)(b)(1) + 846

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☐ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

[signature]
*Defendant*

5/1/07
*Date*

[signature]
*Counsel for Defendant*