United States District Court
Of Rhode Island First Circuit

United States

v.

Vixay Phommarath

07-mj-043LDA

## Motion To Withdraw Counsel

Hereby comes the defendant whom duly request from this honorable court to withdraw present counsel from my case due to our conflict in the direction of my defense as well as my trial strategy.

Respectfully

Vixay Phommarath
Donald Wyatt Detention
950 High Street
Central Falls R.I. 02863

cc file