IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No. CR 07 128 S |
| v. | : | In violation of 18 U.S.C. §§ 1951 & 924(c) |
| VIXAY PHOMMARATH | : | |

FILED
OCT 4 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INFORMATION

The United States Attorney charges that:

COUNT 1

On or about April 26, 2007, in the District of Rhode Island, the defendant, VIXAY PHOMMARATH, did unlawfully, knowingly and willfully conspire and agree with Souvanh Keosouvanh, Nheat Nhim and Khek Choummalaithong to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1).

All in violation of Title 18, United States Code, Section 1951.

COUNT 2

On or about April 26, 2007, in the District of Rhode Island, the defendant, VIXAY PHOMMARATH, did knowingly possess a firearm, to wit: a Colt, Double Eagle Series 90, .45 caliber semi-automatic pistol, serial number DA08621, in furtherance of a crime of

violence, to wit: conspiracy to obstruct, delay and affect commerce by robbery, in violation of Title 18, United States Code, Section 1951.

All in violation of Title 18, United States Code, Section 924(c).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

Date: 10/3/07