AO 257
(USAO REV. 6/99)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT, RHODE ISLAND (PROVIDENCE)

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): PETER F. NERONHA

**DEFENDANT – U.S. vs.**

VIXAY PHOMMARATH

Addre

Birth Date

REDACTED

ın
ıble)

Social S...

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under ▶

MAG. JUDGE CASE NO.
1:07-M-043A

Place of offense: CRANSTON, RI

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ 4/26/07

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

COUNT 1 - CONSPIRACY TO OBSTRUCT, DELAY AND AFFECT COMMERCE BY ROBBERY (18 U.S.C. SECTION 1951)

MAX PENALTIES: 20 YRS IMPRISONMENT, $250,000 FINE, 3 YRS SUPERVISED RELEASE, $100 MANDATORY SPECIAL ASSESSMENT

COUNT 2 - POSSESSION OF A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE (18 U.S.C. SECTION 924(c))

MAX PENALTIES: 5 YRS TO LIFE IMPRISONMENT, $250,000 FINE, 3 YRS SUPERVISED RELEASE, $100 MANDATORY SPECIAL ASSESSMENT

Anticipated Trial Days: 2-3 days

NOTE: Underlying case of U.S. v. Vixay Phommarath and U.S. v. Nheat Nhim, CR. 07-126S, are related.

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)