RECEIVED
OCT 04 2007
U.S. DISTRICT COURT
DISTRICT OF R.I.

O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
VIXAY PHOMMARATH

## WAIVER OF INDICTMENT

CASE NUMBER: CR07-128S

I, Vixay Phommarath, the above named defendant, who is accused of

conspiracy to obstruct, delay and affect commerce by robbery, in violation of Title 18, United States Code, Section 1951, and

possession of a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Section 924(c),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 10/11/07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer USMJ