UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 07-128-01 |
| | : | |
| VIXAY PHOMMARATH | : | |

DEFENDANT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT

The defendant, Vixay Phommarath, has no objections to the Presentence Report. The defendant notes that in paragraph 35 the spelling of the first name of his parent is Thongmy. The defendant reserves the right to file a motion seeking a sentence outside of the guideline range.

VIXAY PHOMMARATH,
By his Attorney,

/s/ Robert B. Mann

ROBERT B. Mann
RI Bar No. 0153
Mann & Mitchell
One Turks Head Place, Ste. 610
Providence, R.I. 02903
Tele: (401) 351-5770
FAX: (401) 521-4305
rmann@conversent.net

# CERTIFICATION

I hereby certify that on this 25th day of December, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Peter F. Neronha, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net