UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 07-128 |
| | : | |
| VIXAY PHOMMARATH | : | |

MOTION TO EXTEND TIME TO FILE A MOTION FOR A SENTENCE OUTSIDE THE GUIDELINE RANGE

Now comes the defendant in the above entitled matter and moves:

1) That the time for filing a Motion for a Sentence Outside the Guideline Range be extended to January 14, 2008.

Counsel for the Defendant was on trial in the matter of the Commonwealth of Massachusetts v. Keith Sampson, BRCR 2006-719 from January 7, 2008, through January 10, 2008, and requests additional time because of that factor.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

The defense does not believe 18 U.S.C. §3161(h) is implicated by the filing of this motion.

VIXAY PHOMMARATH
By his Attorney,

/s/Robert B. Mann_____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 10th day of January, 2008, I did send a true copy of the within document by electronic means (ECF) to:

Peter F. Neronha, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net