**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR No. 07-128S** |
| | : | |
| **VIXAY PHOMMARATH** | : | |

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR A SENTENCE OUTSIDE THE GUIDELINE RANGE**

The defendant seeks a variance from the sentencing range under the Guidelines, alleging, in part, that the history and characteristics of the defendant "militate in favor of a sentence below the guideline range." Specifically, the defendant points to his limited prior contacts with the criminal justice system, and to letters which he claims demonstrate that "he has been a productive member of society in the past and can again become a productive member of society." The defendant also claims that his limited criminal history demonstrates that there is little likelihood of recidivism, and thus a variance is warranted on this ground as well.

While it is true that the defendant has had limited contact with the criminal justice system, the characterization of the defendant as having been a productive member of society and unlikely to commit future crimes paints an overly rosy picture. It ignores the very conduct which led to his appearance before this court -- his involvement in gang activity. The Pre-Sentence report states that the defendant, by his own admission, has been involved

with the Laos Pride street gang since he was 17, and only terminated that involvement upon his incarceration in connection with this case. PSR ¶44. These statements are corroborated by the tattoo on his back consisting of the letters "LPJ", "which signifies his affiliation with the Laos Pride gang." PSR ¶39. It is also worth noting that the defendant has a tattoo of two pistols on the right side of his chest. Id. Indeed, the defendant in the past has flaunted his gang membership, posting pictures on "My Space" which demonstrate such membership and promote such causes as "Free Bobby", a reference to Laos Pride member Bobby Soundara, convicted in this very Court of pipe-bombing a home and costing an elderly woman her eye. Exhibit A.[1] Given all this, it can hardly be said, as one of the letters submitted with his motion states, that the defendant could be a good "role model to young adults." Absent a complete rejection of gang life, of which there is no evidence to date, the defendant is a terrible role model for young people, and he is likely to revert to his involvement in gang activity upon his release.

For these reasons, and because of the extremely serious nature of the crime of which the defendant now stands convicted, the

[1] The pipe-bombing occurred on September 11, 2005. On November 17, 2005, the defendant was interviewed by ATF Special Agent Michael Payne. During that interview, the defendant denied any involvement in the pipe-bombing. He later told Special Agent Payne that he was drunk on the night in question, that he was in "the car", but did not know what was going on. Exhibit B. He was never charged.

government objects to a sentencing variance below the guideline range.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha

PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza - 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

Dated: January 17, 2008

Certificate of Service

I hereby certify that on the 17th day of January, 2008, I caused a copy of the within Government's Response In Opposition To Defendant's Motion For A Sentence Outside The Guideline Range to be served by way of the Electronic Case Filing system upon Robert B. Mann, Esq., counsel for the defendant.

/s/ Peter F. Neronha

PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza - 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov