

laospride










Photos from www.myspace.com/sexayy1216; user name: Ride to Die (saved 01/14/2008)








Photos from www.myspace.com/sexayy1216; user name: Ride to Die (saved 01/14/2008)
















Photos from www.myspace.com/sexayy1216; user name: Ride to Die (saved 01/14/2008)