DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
# REPORT OF INVESTIGATION



| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Boston Field Division | Boston Field Division<br>FY-06<br>Report 022 |

TITLE OF INVESTIGATION:
1 West Harry St. Cranston Bombing

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| 762070-05-0081 | 22 |

TYPE OF REPORT: *(Check Applicable Boxes)*

| | | | |
|---|---|---|---|
| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)* | SUBMITTED BY *(Title and Office)* | SUBMITTED BY *(Date)* |
|---|---|---|
| Michael J. Payne | Special Agent, Providence Field Office | 11/17/2005 |
| REVIEWED BY *(Name)* | REVIEWED BY *(Title and Office)* | REVIEWED BY *(Date)* |
| Thomas H. Wlodyka | Resident Agent in Charge, Providence Field Office | 11-17-05 |
| APPROVED BY *(Name)* | APPROVED BY *(Title and Office)* | APPROVED BY *(Date)* |
| William J. Hoover (for) | Special Agent in Charge, Boston Field Division | 11-17-05 |

**DESCRIPTION OF ACTIVITY:**
Interview of Vixay PHOMMARATH; Property Items 29 & 30

**SYNOPSIS:**
On 09/11/05, members of the Cranston Police Department, Rhode Island Fire Marshals Office, and ATF Providence Field Office responded to 1 West Harry Street, Apt. #1, Cranston, RI after the detonation of an IED, which seriously injured an occupant of the residence.

On 11/17/05, S/A Michael Payne and Det. Kevin Grant located Vixay PHOMMARATH at his residence: 15 Sparrow Street, Providence, RI. PHOMMARATH voluntarily returned to the ATF Providence Office where a video taped interview was conducted. PHOMMARATH confirmed his association with the Laos Pride street gang and subsequently provided information about his participation in the pipe bombing on 9/11/05.

**NARRATIVE:**

1. On 11/17/05, S/A Payne and Det. Grant located Vixay PHOMMARATH (DOB: 07/04/86, Massachusetts State ID # 300426, RI DL# 2299194, address: 15 Sparrow Street, Providence, RI) at his residence. PHOMMARATH was asked if he would go with the agents to be interviewed to which he agreed.

2. At approximately 2:00pm, PHOMMARATH was asked to read and sign ATF F 3200.4. PHOMMARATH stated that he would not sign said form. S/A Payne then read aloud both the State of Rights section and the Waiver section of the form. The interview commenced at that time.

3. PHOMMARATH said he is known as "Xay" (phonetic- Sea Yuh) on the street. PHOMMARATH stated that he was born in Laos and that he is presently associated with the Laos Pride Juniors. He said that their color is blue.

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
REPORT OF INVESTIGATION



| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Boston Field Division | Boston Field Division<br>FY-06<br>Report 022 |
| TITLE OF INVESTIGATION:<br>1 West Harry St. Cranston Bombing | |
| CASE NUMBER:<br>762070-05-0081 | REPORT NUMBER:<br>22 |

PHOMMARATH discussed other Asian street gangs and "beefs" that LP has including the rival gang "Slobs" aka "Bloods".

4. PHOMMARATH admitted to being at an LP meeting last Saturday night (11/12/05) with other LP members. He stated he only knew about the pipe bombing in Cranston by speaking with Det. Mike Wheeler the day of the bombing.

5. At this point in the interview, PHOMMARATH was confronted with his participation in the Cranston pipe bombing. PHOMMARATH asked why he would be in trouble for just going for a ride while he was drunk. He further admits that he was in a "the car" and that he did not know what was going on.

6. At approximately 2:50pm, PHOMMARATH admitted to being at "Steve's" house (Bobby SOUNDARA's brother is Steve SOUNDARA) and to being "toasted" on Saturday 9/10/05. When asked for additional details of the gather of LP members at Steve's house, PHOMMARATH indicated that he no longer wanted to speak and was directed to the exit.

ATTACHMENTS:
(2) ATF EF 3400.16
ATF F 3200.4
RI DMV check/ Vixay PHOMMARATH